# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, et al., | CASE NO. 1:12-CV-00057-AWI-GBC (PC) |
| Plaintiffs, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | Doc. 1 |
| Defendants. | |

Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional Center in Big Spring, Texas. To date, Plaintiff has filed over one-hundred fifty civil cases in this district. The complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. *Ashcroft v. Iqbal*, 556 U.S. 662, __, 129 S. Ct. 1937, 1949 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000).

Although an additional plaintiff by the name of Alejandro Vargas Hernandez is listed on the complaint, Plaintiff Young Yil Jo is the only Plaintiff to have had signed the complaint with his prisoner number on the complaint. Pl. Compl. at 1, Doc. 1. Moreover, to the extent that Plaintiff may seek to represent Alejandro Vargas Hernandez or to proceed in this litigation as a class action, Plaintiff cannot do so. Plaintiff Young Yil Jo is not an attorney and he is proceeding without counsel. A pro se litigant simply cannot "fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4); *Fymbo v. State Farm Fire & Casualty Co.*, 213 F.3d 1320, 1321 (2000). While a non-

1  attorney proceeding pro se may bring his own claims to court, he may not represent others. *E.g.,*
2  *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664-65 (9th Cir. 2008); *Fymbo*, 213 F.3d at 1321; *Johns*
3  *v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*,
4  818 F.2d 696, 697 (9th Cir. 1987).

5     Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

7  IT IS SO ORDERED.

8  Dated:   February 4, 2012
9                                       CHIEF UNITED STATES DISTRICT JUDGE